792 A.2d 410

IN THE MATTER OF DAVID S. BRANTLEY, AN ATTORNEY AT LAW (ATTORNEY NO. 235381970).

March 21, 2002.

### ORDER

This Disciplinary Review Board having filed with the Court its decision in DRB 01–323, recommending that **DAVID S. BRANTLEY,** of **EAST ORANGE,** who was admitted to the bar of this State in 1970, should be disbarred for violating *RPC* 3.3(a)(1) (giving false or misleading statement to a tribunal or court);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having ordered this date that respondent be suspended from practice for a period of two years for the unethical conduct found in DRB 00–331, effective April 15, 2002;

And good cause appearing;

It is ORDERED that **DAVID S. BRANTLEY** is suspended from the practice of law for a period of two years, consecutive to

the two-year suspension imposed in DRB 00–331 and until the further Order of the Court, effective April 15, 2004; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.